■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW J. SASSENSCHEID, JR., Also Known as MATTHEW GARCIA, Appellant. [47 NYS3d 717]—Appeal by the defendant from a

judgment of the County Court, Dutchess County (Greller, J.), rendered December 2, 2015, convicting him of burglary in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the negotiated sentence, which was to run consecutively to the sentence the defendant was still serving at the time the judgment was rendered, was not excessive (*see People v Karimzada*, 48 AD3d 482, 483 [2008]; *People v Salmons*, 210 AD2d 512, 513 [1994]; *People v Alvira*, 209 AD2d 628, 629 [1994]; *People v Edwards*, 159 AD2d 583, 585 [1990]). Rivera, J.P., Austin, Roman, Hinds-Radix and Connolly, JJ., concur.